UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| ROXANNE ARIAS, § | |
| § | |
| *Plaintiff*, § | |
| v. § | |
| § | EP-23-CV-00152-DCG |
| IMPACT RECEIVABLES § | |
| MANAGEMENT, LLC; and § | |
| RLI INSURANCE COMPANY, § | |
| § | |
| *Defendants*. § | |

## ORDER DISMISSING CASE WITH PREJUDICE

Pursuant to the parties' "Joint Stipulation of Dismissal" (ECF No. 9), the Court **DISMISSES** the above-captioned case **WITH PREJUDICE**.

The Court **CLOSES** the case.

**So ORDERED and SIGNED this 28th day of August 2023.**

_____
**DAVID C. GUADERRAMA**
**SENIOR U.S. DISTRICT JUDGE**